1/17/2025

## NOTICE OF APPEAL

DEFENDANT: Timothy Guess

CRIMINAL NO: 2:10-cr-140

Comes now, defendant Timothy Guess, in response to the court's order to DEFENDANT'S MOTION TO REDUCE SENTENCE that was granted on January 8th, 2025, Document #209. I respectfully excersize my right to appeal this Order. I am petitioning the District Court for the request and notice within the 14 day time period from the above mentioned date. Thank you for filing this request for me.

Respectfully Submitted

Timothy Guess
Timothy Guess
pro. se. #76904083
FCI Petersburg low
P.O. Box 1000
Petersburg VA. 23804

CERTIFICATE OF SERVICE

I Timothy Guess declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that on January 17, 2025 I placed a true and correct copy of the attached "NOTICE OF APPEAL" in the Petersburg Low mail box, pre-paid postage to the:

Clerk of Court
District Court
600 Gramby Street
Norfolk, VA, 23510

Respectfully Submitted

*Timothy Guess*

Timothy Guess
Reg # 76904-083
FCI Petersburg Low
P.O. Box 1000
Petersburg, VA, 23804