P.O. Box 1000
Petersburg, VA; 23804

76904-083
District Court
Clerk Of Court
600 Granby ST
Norfolk, VA 23510
United States

7021 0350 0001 6854 3566

CERTIFIED MAIL

GLOBAL | USA | FOREVER | 2018