UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America<br>      Plaintiff,<br><br>v.<br><br>Timothy Guess<br>      Defendent. | Case No. 2:10-cr-140<br><br>MOTION FOR RELIEF<br><br><br>Fed. R. Civ. P. 60 (b) |

INTRODUCTION

Comes now, the defendent, Timothy Guess, pro se, Requesting Relief From Judgment under Fed. R. Civ. P. 60 (b)(1) reguarding Defendant's Motion For Reduced Sentence pursuant to 18 U.S.C.§ 3582 (c)(2) dated January 8th, 2025. The defendant contends that this court has authority to reopen his Motion For Reduced Sentence under the Supreme Courts' decision in Kemp v. United States 596 U.S. 528, 142 S. Ct. 1856, which held that " mistake " in Fed. R. Civ. P. 60 (b)(1) includes judicial errors of law. The defendant contends that the courts judgment is in error, because the Probation Office made a mistake when they recalculated the defendant's criminal history.

DISCUSSION

The defendant objects to the Probation Office's Revised Guidelines Recalculations, because they made a mistake calculating the criminal history category. The Probation Office gave the defendant one point for Misdemeanor Assault dated 10/15/98, and one point for Possession of Methamphetamine dated 11/10/98. Neither of these convictions meet the requirement or are within the specified time period to be counted under the defendant's criminal history score, (see) Guidelines at 4A1.2 (e)(3).

The defendant received no sentence of imprisonment for the Misdemeanor Assault dated 10/15/98, and only a 30 day sentence of imprisonment for Possession of Methamphetamine dated 11/10/98. (see attached) Sentencing Order.

## CONCLUSSION

The Sentencing Commission wrote the Guidelines to carryout the same objectives established under 18 U.S.C.§ 3553 (a). Consequently, district courts are required to properly calculate and consider the Guidelines when sentencing even in an advisory guideline system. The defendant's correct Guideline Range with the two-point reduction under Amendment 821, and the two-point reduction for two prior 1998 convictions that are in error now result in a criminal history category I and an offense level of 26 with a new Guideline Range of (63-78) months to run consecutive with the (120) months for the firearm charges for a total of (183-198) months.

## RELIEF SOUGHT

Wherefore, for the reasons discussed above, I respectfully request that judgment be reversed, and I ask the court to resentence me to a sentence of (215) months.

Respectfully submitted,
Date August 7th, 2025
/s/ Timothy Guess
Timothy Guess pro se
Reg. No. 76904-083
FCI petersburg (low)
P.O.Box 1000
Petersburg, VA 23804

CERTIFICATE OF SERVICE

I Timothy Guess declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that on August 7th 2025, I placed a true and correct copy of the attached Motion For Relief under Fed. R. Civ. P. 60 (b) in Petersburg mail box postage pre-paid to the following party:

Assistant U.S. Attorney
Kevin Comstock
101 West Main Street Suite 8000
Norfolk, VA 23510

/s/ Timothy Guess
Timothy Guess pro se
Reg No. 76904083
FCI petersburg (low)
P.O. Box 1000
Petersburg, VA 23804