BK 0 2 0 3 PG 0 4 7 4

VIRGINIA: IN THE CIRCUIT COURT OF VIRGINIA BEACH

HEARING DATE: 11-10-98
JUDGE: PADRICK

COMMONWEALTH OF VIRGINIA
vs
TIMOTHY WAYNE GUESS, DEFENDANT
SSN : -0417
DOB :
SEX : MALE

SENTENCING ORDER - CASE NO.: CR98-1538

Attorney for the Commonwealth: W. Monroe
Attorney for the Defendant: A. Ermlich, Jr.
Court Reporter: Ronald Graham & Associates, Inc.

The defendant was present and represented by counsel.

On 06-09-98, the defendant was found GUILTY of the following offense (s):

| OFFENSE (F/M) | DATE | SECTION |
|---|---|---|
| Possession of Methamphetamine (F) | 12-31-97 | 18.2-250 |
| Possession of a Firearm While in Possession Of Methamphetamine (F) | 12-31-97 | 18.2-308.4 |

The presentence report was considered and filed as part of the record in accordance with the provisions of Code § 19.2-299.

The Court reviewed and considered the applicable discretionary sentencing guidelines and made the completed worksheet a part of the record of the case pursuant to the provisions of Code § 19.2-298.01.

Before pronouncing the sentence, the Court inquired if the defendant desired to make a statement and if the defendant desired to advance any reason why judgment should not be pronounced.

The Court SENTENCES the defendant to:

Incarceration in the Virginia Department of Corrections for the term of: 5 years on each charge. The total sentence imposed is 10 years.

The Court SUSPENDS all but 30 days of the sentence conditioned on the following:

1. Good behavior. The defendant shall be of good behavior for 10 years.



BK 0203 PG 0475

PAGE 2
CR98-1538
TIMOTHY WAYNE GUESS

2. **Supervised Probation.** The defendant is placed on Supervised Probation and the defendant shall comply with all the rules and requirements set by the Probation Officer. Probation shall include substance abuse counseling as prescribed by the Probation Officer. LENGTH OF PROBATION: Until released by the Probation Officer. PROBATION TO BEGIN: Upon release from confinement.

3. **Costs.** The defendant shall pay costs of $678.00.

4. **Other.** The defendant shall remain drug free.

5. **Other.** The defendant shall participate in AA/NA meetings.

6. **Other.** The defendant shall complete his active treatment.

**Suspension of license for drug charge with an offense date on or after July 1, 1992.** Pursuant to § 18.2-259.1 the defendant's privilege to drive or operate a motor vehicle, engine, or train in the Commonwealth is suspended for a period of six months from [11-10-98].

**Distribution of Copies.** The Clerk shall send a copy of this order to the:
Office of the Commonwealth's Attorney
Sheriff
Director of the Department of Corrections
Sentencing Guideline Committee
Probation Office of this Court
Department of Motor Vehicles

**Credit provision when time to be served.** The defendant shall be given credit for time spent in confinement while awaiting trial pursuant to § 53.1-187.

**Sentencing Summary:**
TOTAL SENTENCE IMPOSED: 10 YEARS
TOTAL TIME SUSPENDED: ALL BUT 30 DAYS

ENTERED 11-11-98

_____
JUDGE

Clerk: llm

CERTIFIED TO BE A TRUE COPY
OF RECORD IN MY CUSTODY
TINA E. SINNEN, CLERK CIRCUIT COURT
VIRGINIA BEACH, VA
BY _____
DEPUTY CLERK

CERTIFICATE OF ANALYSIS

Tidewater Laboratory
401-A Colley Avenue
Norfolk, VA 23507

March 12, 1998

| | |
|---|---|
| Tel. No.: | (757) 683-8327 |
| Fax: | (757) 683-8830 |
| TDD/Voice: | (804) 786-6316 |

TO: G. M. GONDA
VIRGINIA BEACH POLICE DEPARTMENT
MUNICIPAL CENTER
2509 PRINCESS ANNE ROAD
VIRGINIA BEACH VA 23456

Your Case #: 98-0130

FS Lab #T98-347

3.19.98
Gail Hampton

Victim(s):  - - -

Suspect(s): GUESS, Timothy Wayne

Evidence Submitted By: J. K. Self
Sealed packaging containing

Date Received: 01/09/98

Item 1  Two (2) plastic bag corners containing white powder
Item 2  One (1) smoking device containing residue

RESULTS:

Item 1  Methamphetamine (Schedule II), total weight: 1.0 gram.
Item 2  Not analyzed.

The evidence is being retained for personal pickup.

Attest:

I certify that I performed the above analysis or examination as an employee of and in a laboratory operated by the Division of Forensic Science, and that the above is an accurate record of the results of that analysis or examination.

Robert J. Llano
Forensic Scientist

RJL

Virginia Beach Circuit Court
FILED
98 APR -7 AM 9:51
J. CURTIS FRUIT, CLERK
BY Vickie ___ D.C.

DFS-70-005A (REV. 7/96)