Timothy Guess  76904-083
Federal Corrections Complex
P.O. Box 1000
Petersburg, VA. 23804

⇔76904-083⇔
District Court
Clerk Of Court
600 Granby ST
Norfolk, VA 23510
United States